**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| HARLIN QUINONEZ PEREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 1:25-cv-13445-LTS |
| | ) | |
| DAVID T. WESLING, et al. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## MOTION TO ENFORCE THE COURT'S NOVEMBER 19, 2025 ORDER

Petitioner Harlin Quinonez Perez ("Petitioner" or "Mr. Quinonez Perez") respectfully

requests that the Court enforce its Order dated November 19, 2025, granting Mr. Quinonez

Perez's Petition for Writ of Habeas Corpus and ordering his release within seven days unless he

received a bond hearing that complied with the First Circuit's ruling in *Hernandez-Lara v.*

*Lyons*, 10 F.4th 19 (1st Cir. 2021). ECF No. 6. As explained in the accompanying memorandum,

Mr. Quinonez Perez attended two bond hearings at the Chelmsford Immigration Court, on

November 26, 2025 and March 2, 2026, wherein the Immigration Judge ("IJ") denied his

application for bond twice. *See* Memorandum of Law. Petitioner's bond hearings did not comply

with *Hernandez-Lara* or due process requirements under the Fifth Amendment because (1) the IJ

did not properly allocate burdens of proof in compliance with *Hernandez-Lara*, and the

government failed to satisfy its burden by proving by clear and convincing evidence that Mr.

Quinonez Perez is a danger to the community; and (2) the IJ's exercise of discretion in denying

bond was arbitrary and capricious.

To remedy the Respondents' repeated violation of Mr. Quinonez Perez's due process rights, Mr. Quinonez Perez respectfully requests that this Court order his immediate release[1]. Alternatively,  Mr. Quinonez Perez asks for the District Court, pursuant to its equitable powers, to release him on alternatives to detention such as GPS monitoring, hold its own bond hearing, instruct the Immigration Court to hold a new bond hearing that complies with this Court's original Order, or grant any other relief that the court sees fit.

Respectfully submitted,

*/s/ Julia Ciachurski*
Julia Ciachurski
BBO# 709052
Political Asylum/Immigration Representation (PAIR) Project
98 N. Washington Street, Suite 106
Boston, MA 02114
(978) 502-7448; dhargus@pairproject.org

*Pro bono counsel for Petitioner*

Dated: August 11, 2026

---

[1] Undersigned counsel has not conferred with Respondents' counsel, as there have been no appearances filed on Respondents' behalf. *See* L.R. 7.1(a)(2).

2

**<u>CERTIFICATE OF SERVICE</u>**

     I, Julia Ciachurski, hereby certify that this document filed through the ECF system will be sent electronically to the Respondents who are registered ECF participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 11, 2026

                                    */s/ Julia Ciachurski*
                                      Julia Ciachurski